# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 MAR 25 P 2: 00

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

Traccy Coleman

v.

(Full name of defendant(s))

Milwaukee Center For
Independence

Case Number:

**16-C-0373**

(to be supplied by Clerk of Court)

---

A.     PARTIES

1.     Plaintiff is a citizen of Milwaukee, WI          and resides at
       (State)

   2113, North 29th St.
       (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant Milwaukee Center for Independence
                                                    (Name)

is (if a person or private corporation) a citizen of Milwaukee WI

Complaint – 1

and (if a person) resides at <u>2620 West Wells St.</u> <span style="float:right">(State, if known)</span>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

on Febuary 2013, Plaintiff Tracey Coleman begun a Job training Program With Millwaukee Center for Independence where the plaintiff participated in Jobs where he was paid Hourly. the Plaintiff were to Have an appoint ment With Department of Vocational ReHabilitation Job center Located on Martin Luther King DR, in order to be Qualified For the custodial Pilot Program at the Millwaulkee Center For Independence

Complaint – 2

the Review took Place at Department of Vocotonal Rehabilitation Job Center. the Parties are Plaintiff Tracey Cohman Defendant Brad Swordser and Defendant Serah Koch the Plaintiff Case Manager at Milwaukee Center For Independence, and DVR Couselor Tia Hooper. The Application Proccess Started on How well The Plaintiff Attendence and Participation In MCFI Programs and How well the Plaintiff Progressed For the year 805. Because the Progress Made By the Plaintiff, the two Parties Defendant Serah Koch and Defendent Brad Swordser Agreed that the Plaintiff Would be a good Connidate For the Milwaukee Center For Independence Pilot Custodial Program. on Aug. 17, 2015 the Plaintiff Tracey Cohman took the Evaluation at the Job Center East at 1915 North Martin Luther King Dr.

Case 2:16-cv-00373-DEJ    Filed 03/25/16    Page 3 of 9    Document 1

page (3)

The Evaluetion were to be sponserd
By Joshua sosa the Intake person
For the Pilot Custodial Training
Program For McFI. on Aug 8.2015
the Defendent Brad swordser Cindy
Brune, and Absent Defendent Sarah
Koch, the meeting began at
The Milwaukee Center For Independence
at 6600 North Baker Road In
Milwaukie Mequon the meeting
was about the Plaintiff progressive
ness, in the McFI programs.
Cindy Brune the Plaintiff Case
worker For Curitive Network, Said
that the Plaintiff Is doing well
and that He Should not Have any
Problems getting into the Custodial
Program at McFI, Cindy Brune
Ask Defendant Brad swordser How
well Is the Plaintiff Attendence
He stated that He is doing fine In
the Program. Brad swardser Is the plaintiff
JoB Coach at McFI. the plaintiff
Ask Cindy Brune what are the
chances of getting Accepted in the
Custodial program. Cindy Brune stated
that the Plaintiff Should Not Any
Problem with the Program then
the Meeting Ended.

Case 2:16-cv-00373-DEJ    Filed 03/25/16    Page 4 of 9    Document 1

page 3

The Evaluetion were to be Sponserd
By Joshua Sosa the Intake person
For the pilot custodial Training
program For McFI. on Aug 18 2015
the Defendent Brad Swordser Cindy
Brune, and Absent Defendent Sarah
Koch, the meeting began at
The Milwaukee Center For Independence
at 6600 North Baker Road In
Milwaukie Mequon, the meeting
was about the plaintiff progressive
ness, in the McFI programs.
Cindy Brune the plaintiff Case
Worker For Curitive Network, Said
that the plaintiff Is doing well
and that He Should not Have any
problems getting into the Custodial
program at McFI, Cindy Brune
Ask Defendant Brad Swordser How
Well Is the plaintiff Attendence
He Stated that He is doing fine In
the program, Brad Swordser Is the plaintiff
Job Coach at McFI. the plaintiff
Ask Cindy Brune what are the
Chances of getting Accepted in the
Custodial program. Cindy Brune Stated
that the plaintiff Should not Any
problem with the program, then
the meeting Ended.

(4)

the Plaintiff Left the office
and He was Exiting the Building
He Met With Carrie Belsky
the Milwaukee Center For Independence
Eployment Supervisor she Ask the
Plaintiff What program are He
Seeking the plaintiff Stated the
Custodial program. She Stated
that the He Should try another
program because the Custodial
program is Very Hard to get in and
IS Very Strict, the Conversation
Ended.

on october 10, 2015 the Plaintiff
Tracey Coleman Met With Case
Worker Defendant Sarah Koch
at the Milwaukee Center For
Independence Locate at 2020
West Wells St. the Plaintiff Ask
the Defendant Sarah What are
the Chances of getting Into
the Custodial program at MCFI
she Stated that the plaintiff
Has Enough Experience In that
Field and He would Not need
any More Experience.

Case 2:16-cv-00373-DEJ     Filed 03/25/16     Page 6 of 9     Document 1

(5)

I feel that I Have been Discrimanated because of my Age 52 ⊃ Dob 10/12/1963 In protected Class.

I Should Have Not been a JoB Training OR JoB because of my Past Experience.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If Have Work For this Company I would want Loss Wages and for Damages, for Stress.

Complaint – 4

## E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __march__ 20__16__.

Respectfully Submitted,

_Tracey Coleman_
Signature of Plaintiff

_414/208-3079_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____
_2113, North 29th Street Milw, WI 53208_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5